**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CATHAS ADVANCED TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-668-LPS |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cathas Advanced Technologies LLC ("Cathas") and Defendant Amazon.com, Inc. ("Amazon"), pursuant to Federal Rule of Civil Procedure 41(a)(2), and subject to the approval and order of the Court, that: (i) all claims by Cathas in the above-captioned case be, and hereby are, dismissed with prejudice, and (ii) all claims by Amazon in the above-captioned case be, and hereby are, are dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.

| BAYARD, P.A. | ASHBY & GEDDES |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Steven J. Balick* |
| Richard D. Kirk (No. 922) | Steven J. Balick (No. 2114) |
| Stephen B. Brauerman (No. 4952) | Tiffany Geyer Lydon (No. 3950) |
| Vanessa R. Tiradentes (No. 5398) | Andrew C. Mayo (No. 5207) |
| 222 Delaware Avenue, Suite 900 | 500 Delaware Avenue, 8th Floor |
| P.O. Box 25130 | P.O. Box 1150 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 655-5000 | (302) 654-1888 |
| rkirk@bayardlaw.com | sbalick@ashby-geddes.com |
| sbrauerman@bayardlaw.com | tlydon@ashby-geddes.com |
| vtiradentes@bayardlaw.com | amayo@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED, this _____ day of _____, 2012.

_____
The Honorable Leonard P. Stark
United States District Judge